63560. CENTRAL STATE HOSPITAL et al. v. WALLER.

MCMURRAY, Presiding Judge.

After further consideration, we conclude that the application for discretionary appeal in this case was improvidently granted and the appeal is, therefore, dismissed.

*Appeal dismissed. Banke and Birdsong, JJ., concur.*

DECIDED MAY 19, 1982.

*Michael J. Bowers, Attorney General, Verley J. Spivey, Senior Assistant Attorney General, B. Dean Grindle, Jr.,* for appellants.

*Wayne B. Bradley,* for appellee.